# FIRE ASS'N OF PHILADELPHIA v. CORNETT BROS.

No. 229. Opinion Filed May 12, 1914.

(142 Pac. 317.)

Rehearing Denied August 11, 1914.

*Error from District Court, Grady County;*
*Frank M. Bailey, Judge.*

Action by Cornett Bros. against the Fire Association of Philadelphia, on a policy. Judgment for plaintiff, and defendant brings error. Reversed.

*Scothorn, Caldwell & McRill,* for plaintiff in error.

*Bond & Melton,* for defendants in error.

Opinion by HARRISON, C. This is a companion case to No. 3228 (*Scottish Union & National Ins. Co. v. Cornett Bros.,* *ante,* 142 Pac. 315) ; the two cases having been tried and judgment rendered at the same term of court. By order of this court and

by consent of parties, the two cases were consolidated and briefed together; the same questions of law and fact being involved in both cases. The conclusions reached in No. 3228 (*Scottish Union & National Ins. Co. v. Cornett Bros., supra*) are the same in this case.

The judgment of the trial court is therefore reversed.

By the Court: It is so ordered.